**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Andrea M. Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:          scott.greene@bryancave.com
                    andrea.hicks@bryancave.com
                    pengm@bryancave.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SIMON Y. KWONG and SUZANNE Y. KWONG,<br><br>             Plaintiffs,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E,<br><br>             Defendant. | Case No. 12-CV-01362-LHK<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 6-1(a); [PROPOSED] ORDER**<br><br>Trial Date:              Not Yet Assigned<br>Judge:                    Hon. Lucy H. Koh<br><br>Complaint Filed: March 19, 2012<br>FAC Filed:  June 12, 2012 |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1

## JOINT STIPULATION

2       Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE

3   HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS

4   THROUGH CERTIFICATES, SERIES 2007-E ("Defendant" and Plaintiffs SIMONY Y.

5   KWONG AND SUZANNE Y. KWONG ("Plaintiffs"), by and through their respective counsels

6   of record, hereby stipulate and agree as follows:

7       1.   Plaintiffs filed their First Amended Complaint in this action on June 12, 2012;

8       2.   Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint has not

9   been set by Order of this Court;

10       3.   In order to explore settlement negotiations, reduce cost of litigation for both parties,

11   and unburden the Court's docket, the Parties agree, by and through their undersigned counsel, on

12   June 26, 2012, that Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended

13   Complaint shall be extended to August 10, 2012;

14       4.   This is the first such extension of time sought in this action;

15       5.   The stipulated extension to file a responsive pleading will not result in prejudice to

16   any party and its impact on judicial proceedings is not expected to be significant.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

SF01DOCS\57697.1

1

1    Nothing in this stipulation shall constitute a waiver of any arguments or defenses that

2  Defendant or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

3    IT IS SO STIPULATED.

4  Dated:  June 26, 2012                    **Michael Yesk**

5
                                           By:   */s/ Michael Yesk*
6                                                 Michael Yesk
                                           Attorney for Plaintiffs
7                                          SIMONY Y. and SUZANNE Y. KWONG

8  Dated:  June 26, 2012                    **BRYAN CAVE LLP**
                                           Michael J. Peng
9

10                                         By:   */s/ Michael J. Peng*
                                                  Michael J. Peng
11                                         Attorneys for Defendant
                                           WELLS FARGO BANK, N.A., AS TRUSTEE
12                                         FOR CERTIFICATE HOLDERS OF BANC OF
                                           AMERICA FUNDING CORPORATION
13                                         MORTGAGE PASS THROUGH CERTIFICATES,
                                           SERIES 2007-E
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

SF01DOCS\57697.1

2

JOINT STIPULATION EXTENDING TIME – CASE NO. 4:11-cv-05636-SBA

1

## [~~PROPOSED~~] ORDER

2        WHEREAS Plaintiffs Simon Y. Kwong And Suzanne Y. Kwong ("Plaintiffs"), and

3   Defendant Wells Fargo Bank, N.A., As Trustee For Certificate Holders of Banc Of America

4   Funding Corporation Mortgage Pass Through Certificates, Series 2007-E ("Defendant"), have

5   stipulated to extend Defendant's responsive pleading deadline to the First Amended Complaint to

6   August 10, 2012 and good cause appearing therefore:

7        IT IS ORDERED THAT:

8        Defendant shall move, answer, or otherwise respond to the First Amended Complaint by

9   August 10, 2012;

10       IT IS SO ORDERED.

11

12

13  Dated:  July 9, 2012

    _Lucy H. Koh_
    _____
14  Hon. Lucy H. Koh
    JUDGE OF THE U.S. DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

SF01DOCS\57697.1                                3

JOINT STIPULATION EXTENDING TIME – CASE NO. 4:11-cv-05636-SBA