**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Andrea M. Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-mail:     scott.greene@bryancave.com
             andrea.hicks@bryancave.com
             pengm@bryancave.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF
AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2007-E

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SIMON Y. KWONG and SUZANNE Y. KWONG, | Case No. 12-CV-01362-LHK |
| Plaintiffs, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 6-1(a); [~~PROPOSED~~] ORDER** |
| vs. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E, | Trial Date:          Not Yet Assigned<br>Judge:              Hon. Lucy H. Koh |
| Defendant. | Complaint Filed: March 19, 2012<br>FAC Filed:  June 12, 2012 |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

**JOINT STIPULATION**

Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E ("Defendant" and Plaintiffs SIMONY Y. KWONG AND SUZANNE Y. KWONG ("Plaintiffs"), by and through their respective counsels of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their First Amended Complaint in this action on June 12, 2012;

2. Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint has not been set by Order of this Court;

3. In order to explore settlement negotiations, reduce cost of litigation for both parties, and unburden the Court's docket, the Parties agree, by and through their undersigned counsel, on June 26, 2012, that Defendant's deadline to file a responsive pleading to Plaintiffs' First Amended Complaint shall be extended to August 10, 2012;

4. This is the first such extension of time sought in this action;

5. The stipulated extension to file a responsive pleading will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

///
///
///
///
///
///
///
///
///
///
///

SF01DOCS\57697.1

1

1    Nothing in this stipulation shall constitute a waiver of any arguments or defenses that

2  Defendant or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

3    IT IS SO STIPULATED.

4  Dated:  June 26, 2012

**Michael Yesk**

5

6  By:    /s/ Michael Yesk

        Michael Yesk
7  Attorney for Plaintiffs
   SIMONY Y. and SUZANNE Y. KWONG

8  Dated:  June 26, 2012

**BRYAN CAVE LLP**
9  Michael J. Peng

10  By:    /s/ Michael J. Peng

        Michael J. Peng
11  Attorneys for Defendant
   WELLS FARGO BANK, N.A., AS TRUSTEE
12  FOR CERTIFICATE HOLDERS OF BANC OF
   AMERICA FUNDING CORPORATION
13  MORTGAGE PASS THROUGH CERTIFICATES,
   SERIES 2007-E
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF01DOCS\57697.1

2

JOINT STIPULATION EXTENDING TIME – CASE NO. 4:11-cv-05636-SBA

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

# [~~PROPOSED~~] ORDER

WHEREAS Plaintiffs Simon Y. Kwong And Suzanne Y. Kwong ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A., As Trustee For Certificate Holders of Banc Of America Funding Corporation Mortgage Pass Through Certificates, Series 2007-E ("Defendant"), have stipulated to extend Defendant's responsive pleading deadline to the First Amended Complaint to August 10, 2012 and good cause appearing therefore:

IT IS ORDERED THAT:

Defendant shall move, answer, or otherwise respond to the First Amended Complaint by August 10, 2012;

IT IS SO ORDERED.

Dated: July 9, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
JUDGE OF THE U.S. DISTRICT COURT

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105