**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Goli Mahdavi, California Bar No. 245705
Michael J. Peng, California Bar No. 260852
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
E-mail:      scott.greene@bryancave.com
             goli.mahdavi@bryancave.com
             pengm@bryancave.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF
AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2007-E

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SIMON Y. KWONG and SUZANNE Y. KWONG,<br><br>            Plaintiffs,<br><br>            vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E,<br><br>            Defendant. | Case No.: 12-CV-01362-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>**ADR L.R. 5-5(b)**<br><br>Complaint Filed:      March 19, 2012<br>FAC Filed:      June 12, 2012<br>Trial Date:      Not Yet Assigned<br>Judge:      Lucy H. Koh |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

111582.1

STIPULATION TO EXTEND MEDIATION DEADLINE

**<u>STIPULATION</u>**

This Stipulation is entered into by Plaintiffs SUZANNE Y. KWONG and SIMON Y. KWONG ("Plaintiffs") and Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E ("Defendant"), by and through their respective attorneys of record.

WHEREAS, on August 17, 2012, this Court entered an Order referring this case to early neutral evaluation;

WHEREAS, on September 26, 2012, the ADR unit appointed Charles Miller as Evaluator;

WHEREAS, on October 12, 2012, the parties engaged in telephone conference with Mr. Miller;

WHEREAS, a hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint is set for November 29, 2012;

WHEREAS, a hearing on Plaintiffs' counsel's Motion to Withdraw as Attorney of Record is also set for November 29, 2012;

WHEREAS, a case management conference is also set for November 29, 2012;

WHEREAS, Plaintiffs and Defendant agree that they would like additional time to schedule and complete early neutral evaluation;

/ / /

/ / /

/ / /

/ / /

/ / /

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

NOW, THEREFORE, Plaintiffs and Defendant desire and hereby **STIPULATE** that they shall have until, and including, 60 days after the Court's final ruling on Defendant's Motion to Dismiss is entered to complete early neutral evaluation.

**IT IS SO STIPULATED.**

Dated:  November 13, 2012

**Michael Yesk**

By:   _/s/ Michael Yesk_
        Michael Yesk
Attorney for Plaintiffs
SIMONY Y. and SUZANNE Y. KWONG

Dated:  November 13, 2012

**BRYAN CAVE LLP**
Michael J. Peng

By:   _/s/ Michael J. Peng_
        Michael J. Peng
Attorneys for Defendant
WELLS FARGO BANK, N.A., AS TRUSTEE
FOR CERTIFICATE HOLDERS OF BANC OF
AMERICA FUNDING CORPORATION
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2007-E

## [~~PROPOSED~~] ORDER

Having reviewed the stipulation of Plaintiffs SIMONY Y. and SUZANNE Y. KWONG ("Plaintiffs") and Defendant WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiffs and Defendant shall have until, and including, 60 days following the Court's ruling on Defendants' Motion to Dismiss (currently scheduled for hearing on November 29, 2012) to complete the early neutral evaluation session.

Dated:  November 36, 2012

_Lucy H. Koh_

**Hon. Lucy H. Koh**
United States District Court Judge
Northern District of California

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105