**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMON Y. KWONG AND SUZANNE Y. KWONG,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E,<br><br>Defendants. | Case No.: 12-CV-01362-LHK<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |

The Motion to Dismiss hearing and the case management conference scheduled for November 29, 2012, are hereby CONTINUED to March 14, 2013. The hearing on attorney Michael Yesk's Motion to Withdraw as Attorney remains as set on November 29, 2012, at 1:30 p.m.

Dated: November 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01362-LHK
ORDER CONTINUING HEARING ON MOTION TO DISMISS