1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SIMON Y. KWONG AND SUZANNE Y. KWONG,

        Plaintiffs,

    v.

WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 12-CV-01362-LHK

ORDER TO SHOW CAUSE

     Plaintiffs Simon Y. Kwong and Suzanne Y. Kwong (collectively "Plaintiffs") filed their complaint in federal court on March 19, 2012. *See* ECF No. 1. According to Michael Yesk, the attorney of record, on June 29, 2012, the Plaintiffs notified Mr. Yesk via email that Plaintiffs wanted to terminate Mr. Yesk's employment and to hire a new attorney. Consequently, on August 29, 2012, Mr. Yesk filed a Motion to Withdraw as Attorney. ECF No. 24. According to Mr. Yesk, on August 30, 2012, Plaintiffs contacted Mr. Yesk and informed him that Plaintiffs no longer had substitute counsel and wanted Mr. Yesk's services. According to Mr. Yesk, on November 27, 2012, Mr. Yesk contacted Plaintiffs and reminded them to appear at the November 29, 2012

1

hearing on Mr. Yesk's Motion to Withdraw as Attorney.  Despite this reminder, Plaintiffs failed to appear at the November 29, 2012 hearing.

The Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed with prejudice for failure to prosecute.  A hearing on this Order to Show Cause is set for **Thursday, December 13, 2012, at 1:30 P.M.**  This hearing also will serve as a continuation of the hearing on Mr. Yesk's Motion to Withdraw as Attorney.  By December 7, 2012, Mr. Yesk shall file a declaration: (1) affirming that he has referred Plaintiffs to the Federal Legal Assistance Self-Help Center ("FLASH") for legal assistance (408-297-1480); and (2) explaining the steps he has taken to assist Plaintiffs in finding new legal representation.  In addition, by December 7, 2012, both parties shall file their Consent or Declination to Proceed Before a Magistrate Judge.  Further, by December 10, 2012, Plaintiffs shall file a response to this Order to Show Cause, reaffirming their interest in prosecuting this case and explaining the status of their legal representation.  Plaintiffs' failure to respond to this Order and to appear at the December 13, 2012 hearing will result in dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

Case No.: 12-CV-01362-LHK
ORDER TO SHOW CAUSE