UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMON Y. KWONG AND SUZANNE Y. KWONG, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., AS TRUSTEE FOR CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-E, <br><br> Defendants. | Case No.: 12-CV-01362-LHK <br><br> ORDER RE: DECEMBER 13 HEARING |

On November 29, 2012, this Court issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute. ECF No. 34. The Court scheduled a hearing for December 13 2012 at 1:30 p.m., at which the Court would address both the Order to Show Cause and Attorney Michael Yesk's motion to be relieved as counsel. The court ordered Mr. Yesk to file a declaration detailing the steps he has taken to help Plaintiffs find new legal representation, which Mr. Yesk failed to do. The Court also ordered Plaintiffs to file a response reaffirming their interest in prosecuting this case, which Plaintiffs have failed to do.

Mr. Yesk has now filed a withdrawal of his motion to be relieved as counsel. ECF No. 36. This withdrawal does not obviate the need for Mr. Yesk and Plaintiffs to appear for the December 13 hearing on the Order to Show Cause. Consistent with this Court's Order to Show Cause,

1

Case No.: 12-CV-01362-LHK
ORDER RE: DECEMBER 13 HEARING

Plaintiffs and Mr. Yesk must appear personally at the hearing on December 13, 2012 at 1:30 p.m. Failure to do so will result in dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 12, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-01362-LHK
ORDER RE: DECEMBER 13 HEARING